UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMAN AIYASH,

        Plaintiff,                            Case No. 10-12259
                                                  HON. BERNARD A. FRIEDMAN
vs.

BAC HOME LOANS SERVICING,
LP and SHORE MORTGAGE,

        Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Mark Randon's Report and Recommendation ("R and R") dated October 12, 2010. Magistrate Judge Randon recommended that Defendants' motions to dismiss be granted, that Plaintiff's case be dismissed with prejudice, that Plaintiff's "counter motion" be denied, and that Shore Mortgage's motion to strike be denied as moot. Objections to the R and R were not filed.

This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Mark Randon's Report and Recommendation dated October 12, 2010, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's case is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's "counter motion" is DENIED.

1

IT IS FURTHER ORDERED that Defendant Shore Mortgage's Motion to Strike is DENIED as moot.

Dated: November 4, 2010         S/Bernard A. Friedman_____
       Detroit, Michigan        BERNARD A. FRIEDMAN
                                             UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

S/Carol Mullins
Case Manager to Judge Friedman